IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH SCHWARTZ, D.M.D., P.A., individually and on behalf of all those similarly situated, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § | Civil Action No. 3:16-cv-00196-L |
| BENCO DENTAL SUPPLY CO., HENRY SCHEIN, INC., and PATTERSON COMPANIES, INC., | § § § § § | |
| *Defendants.* | § | **JURY TRIAL DEMANDED** |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PURSUANT TO FRCP 41(a)(1)(A)(i)**

Plaintiff, Keith Schwartz, D.M.D., P.A., individually and on behalf of all those similarly situated, to submit their Notice of Voluntary Dismissal, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as follows:

1. This action was commenced on January 24, 2016.

2. A class has not been certified; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, without prejudice.

Dated: January 27, 2016

        Respectfully submitted,

By: /s/ Warren T. Burns
    Warren T. Burns
    State Bar No. 24053119
    BURNS CHAREST LLP
    500 North Akard Street, Suite 2810
    Dallas, TX 75201
    Telephone:  (469) 904-4550
    Facsimile:   (469) 444-5002
    wburns@burnscharest.com

**Local Counsel to Plaintiff and the Proposed Class**

    Michael E. Criden
    Kevin B. Love
    CRIDEN & LOVE, P.A.
    7301 S.W. 57th Court, Suite 515
    South Miami, Florida 33143
    Telephone:  (305) 357-9000
    Facsimile:   (305) 357-9050
    mcriden@cridenlove.com
    klove@cridenlove.com

**Counsel for Plaintiff and the Proposed Class**